UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TRAYMAYNE LEE,<br><br>Petitioner,<br><br>v.<br><br>ANDRE MATEVOUSIAN,<br><br>Respondent. | No. 1:15-cv-01880-LJO-SKO<br><br>**ORDER DENYING PETITIONER'S REQUEST TO POSTPONE LITIGATION OR EXTEND TIME**<br><br>**(Doc. 14)** |

Petitioner, a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, advises the Court that he is being relocated to another prison and requests that his petition be "postponed" or "extended." The Court interprets the motion to be in the nature of a request for a stay. Petitioner offers no legal precedent for such a stay, and the Court is not aware of any such precedent.

In the alternative, Petitioner requests an extension of time. At this time, granting an extension of the time in which Petitioner must file his reply (traverse) to the Respondent's answer is premature. Respondent has not yet filed an answer or motion to dismiss. Petitioner does not need to do anything until Respondent files his response. At that time, if Petitioner's relocation precludes his filing a reply (traverse), Petitioner may move for an extension of time in which to prepare and file it.

Accordingly, Petitioner's motion for postponement of litigation or extension to resolve matters (Doc. 14) is hereby DENIED.

IT IS SO ORDERED.

Dated: **February 17, 2016**            **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

1