# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TRAYMAYNE LEE, | No. 1:15-cv-01880-LJO-SKO  HC |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION** |
| ANDRE MATEVOUSIAN, | |
| Respondent. | **(Doc. 19)** |

Petitioner, Alfonzo Traymayne Lee, a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, has filed a notice of withdrawal of case. Respondent has not yet filed a responsive pleading. Pursuant to F.R.Civ.P. 41(a)(1)(A), a petitioner may dismiss an action without a court order by filing a notice of dismissal before the opposing party files a responsive pleading. The Court finds Petitioner's notice of withdrawal to be tantamount to a notice of dismissal.

Accordingly, the above-captioned action is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  **May 9, 2016**              /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE

1