UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TRAYMAYNE LEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　　Respondent. | No. 1:15-cv-01880-LJO-SKO<br><br>**FINDINGS AND RECOMMENDATION THAT THE COURT DENY RESPONDENT'S MOTION TO DISMISS PETITION AS MOOT**<br><br>**(Doc. 21)** |

　　　　On May 19, 2016, Respondent Andre Matevousian, Warden of Atwater Penitentiary, filed a motion to dismiss the petition for writ of habeas corpus in the above-captioned case. On May 9, 2016, however, the Court dismissed the petition following Petitioner's motion to withdraw. Accordingly, the undersigned recommends that the Court deny the motion to dismiss the petition as moot.

　　　　These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C § 636(b)(1). Within **fifteen (15) days** after being served with these Findings and Recommendations, Respondent may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Respondent is advised that failure to file objections

within the specified time may constitute waiver of the right to appeal the District Court's order. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 ((9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 24, 2016**                             /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE