# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TRAYMAYNE LEE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANDRE MATEVOUSIAN,<br><br>　　　　Respondent. | Case No. 1:15-cv-01880-LJO-SKO   HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY AS MOOT RESPONDENT'S MOTION TO DISMISS<br><br>(Docs. 21 and 22) |

　　　　On May 9, 2016, after Petitioner filed a notice of withdrawal, the Court dismissed the petition without prejudice, and the Clerk of Court closed the above-captioned case. Nonetheless, on May 19, 2016, Respondent filed a motion to dismiss. The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

　　　　On May 24, 2016, the Magistrate Judge filed findings and recommendations in which she recommended that the Court deny Respondent's motion as moot. The findings and recommendations, which were served on all parties on the same date, provided that Respondent could file written objections within fifteen days. Respondent did not file objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), having carefully reviewed the entire file *de novo* and considered Petitioner's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

1

Case 1:15-cv-01880-LJO-SKO   Document 23   Filed 06/14/16   Page 2 of 2

Accordingly, the Court hereby ORDERS that the findings and recommendations filed May 24, 2016, be adopted in full. Respondent's motion to dismiss is hereby DENIED as moot.

IT IS SO ORDERED.

Dated: **June 14, 2016**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

2